UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT GOODWIN ANDERSON,<br>Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br>Defendant. | No.  2:14-CV-0112-WFN<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.**  The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. SECTION 405(g).  Defendant's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Plaintiff.

DATED: January 15, 2015

SEAN F. McAVOY
Clerk of Court

By: *s/Cora Vargas*
Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE